AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

RECEIVED
2015 APR 16 A 11: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| United States of America<br>v.<br>KENNETH LAMAR HENDERSON | ) ) ) ) ) ) ) Case No. 2:15mj73 |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 13, 2015,__ in the county of __Montgomery__ in the __Middle__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115(a)(1)(B) | Threatening a federal official |
| 18 USC 930(b) | Possession of firearm in federal facility |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Eric Long    Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 04/16/2015

_____
Judge's signature

City and state: Montgomery, AL    CHARLES S. COODY, U.S. MAGISTRATE JUDGE
Printed name and title

## **AFFIDAVIT**

I, Eric Long, being duly sworn, state the following information to be true to the best of my knowledge, information and belief:

1.   I, Eric Long, being duly sworn, depose and state as follows: I am a Special Agent with the Federal Protective Service, U.S. Department of Homeland Security, Threat Management Branch, Criminal Investigations Section. I have been employed with the Federal Protective Service for a period of 5 years and 9 months as a special agent. Prior to my employment with the Federal Protective Service, I was employed with the U.S. Department of Homeland Security, Customs and Border Protection as a Federal Officer for two years and with the Department of Defense as a Federal Officer for two years. I have over nine years of service as a sworn Federal Law Enforcement Officer.

2.   I am an "Investigative or Law Enforcement Officer" within the meaning of Section 2510 (7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3.   The information in this affidavit is based upon, among other things, my training and experience in conducting criminal investigations, my personal knowledge, interviews of witnesses, my review of documents, public records, and other evidence, and conversations with other law enforcement agents and officers with whom I work. I have not included every fact I have learned during the investigation, but only sufficient facts to establish probable cause. Where statements of others are set forth in this affidavit, they set forth in substance and are not verbatim.

1

4. As further detailed below, it is my belief that probable cause exists that Kenneth Lamar Henderson violated Title 18, United States Code, Section 115(a)(1)(B), threatening to kill a federal employee.

5. On April 13, 2015, at approximately 10:40 am, Henderson contacted the Social Security Administration (SSA) office located at 4334 Carmichael Road, Montgomery, Alabama, to request an appointment. During the conversation between Henderson and SSA employee W.P., Henderson said "This is Kenneth Motherfucking Henderson. I need my Goddamn money right. You want to give me a damn phone appointment, because you do not want me to come to that fucking office for an earlier appointment. Because if my money ain't right I'll kill you and everyone in there. And then I will kill myself. I need my money right, because I am Kenneth Motherfucking Henderson."

6. As further detailed below, it is my belief that probable cause exists that Henderson violated Title 18, United States Code, Section 930(b) when, with the intent that a dangerous weapon be used in the commission of a crime, knowingly possessed or caused to be present a dangerous weapon in a federal facility.

7. On April 13, 2015, at approximately 2:00 pm, Henderson entered the Montgomery SSA office. Within this office are conspicuously located signs that inform those present that they are prohibited from carrying weapons within the office. Henderson, having been identified in the SSA computer network as a possible threat to federal employees, was brought to the attention of Federal Protective Service Inspector Dylan Newton. Inspector Newton immediately went to the Montgomery SSA office and there made contact with Henderson. During his encounter with Henderson, Inspector Newton discovered that Henderson had, concealed in his waistband, a kitchen knife with a blade measuring approximately seven inches

in length and one inch wide.

8.  Based upon the foregoing, your affiant is of the opinion that there is probable cause to believe that Kenneth Lamar Henderson violated Title 18, United States Code, Section 115(a)(1)(B), and Title 18, United States Code, Section 930(b).

Further affiant sayeth not.

_____
Eric Long, Special Agent
Federal Protective Service
U.S. Department of Homeland Security

Subscribed and sworn to by me
on this 16th of April 2015.

_____
United States Magistrate Judge