IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:15-MJ-73-CSC |
| | ) | |
| KENNETH LAMAR HENDERSON | ) | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1.  Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____   10 + year crime of violence (18 U.S.C. § 3156)

    _____   10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    _____   Maximum sentence of life imprisonment or death

    _____   10 + year drug offense

    _____   Felony, with two prior convictions in the above categories

    _____   Felony involving a minor victim

    ___X___   Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____   Failure to register as a sex offender (18 U.S.C. § 2250)

    _____   Serious risk the defendant will flee

    _____   Serious risk of obstruction of justice

2. Reason for Detention

The Court should detain defendants because there are no conditions of release which will reasonably assure:

_____     Defendants' appearance as required

\_\_X\_\_    Safety of any other person and the community

3. Rebuttable Presumption

The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).

_____     Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

_____     Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

_____     Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____     Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

_____     Probable cause to believe defendant committed 10 + year offense involving a minor victim

4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing:

_____     At the initial appearance

\_\_X\_\_\_    After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 21st day of April, 2015.

                                      GEORGE L. BECK, JR.
                                      UNITED STATES ATTORNEY

                                      /s/Jonathan S. Ross
                                      JONATHAN S. ROSS
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, Alabama 36104
                                      Phone: 334-223-7280
                                      FAX:    334-223-7135
                                      E-mail: jonathan.ross@usdoj.gov