IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:15cr202-MHT |
| | ) | [18 U.S.C. § 115(a)(1)(B); |
| KENNETH LAMAR HENDERSON | ) | 18 U.S.C. § 930(b)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1
(Threatening a Federal Official)

On or about April 13, 2015, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**KENNETH LAMAR HENDERSON,**

defendant herein, did knowingly threaten to assault and murder a United States official, to wit, an employee of the Social Security Administration, with the intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT 2
(Possession of a Dangerous Weapon in a Federal Facility)

On or about April 13, 2015, in Montgomery County, within the Middle District of Alabama,

**KENNETH LAMAR HENDERSON,**

defendant herein, did knowingly possess and cause to be present a dangerous weapon in a federal facility and did intend that the dangerous weapon be used in the commission of a crime, in

violation of Title 18, United States Code, Section 930(b).

A TRUE BILL:

_____
Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Jonathan S. Ross
Assistant United States Attorney