IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr202-MHT |
| | ) | (WO) |
| **KENNETH LAMAR HENDERSON** | ) | |

## ORDER

Based on the representations made on the record during telephone conferences held on February 2, 2016, it is ORDERED that a hearing pursuant to 18 U.S.C. §§ 4241(e) and 4247(d), to determine whether defendant Kenneth Lamar Henderson has been restored to mental competency and also, if he is competent, what steps are necessary to maintain that competency, is set for 9:00 a.m. on February 9, 2016, in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

It is further ORDERED that the government is to arrange for a member of the staff of the United States Medical Center in Springfield, Missouri, who is familiar with defendant Henderson's case to testify at

the hearing regarding these issues; his or her testimony may be given by videoconference.

DONE, this the 2nd day of February, 2016.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**