RECEIVED

2016 MAR -7 P 4:06

[stamp: CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>KENNETH LAMAR HENDERSON )<br>)<br>) | CR. NO. 2:15-CR-202-JA-SRW<br>[18 U.S.C. § 930(a)]<br><br>INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about April 13, 2015, in Montgomery County, within the Middle District of Alabama, the defendant,

**KENNETH LAMAR HENDERSON,**

did knowingly possess and cause to be present a dangerous weapon in a federal facility, in violation of Title 18, United States Code, Section 930(a).

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_/s/ Jonathan S. Ross_
Jonathan S. Ross
Assistant United States Attorney